IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-0330-CG-B |
| | ) |
| **WASHER & REFRIGERATION SUPPLY COMPANY, INC.,** | ) |
| | ) |
| Defendant/ Counterclaim Plaintiff/ Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **SEVIER INSURANCE COMPANY,&** | ) |
| | ) |
| Third Party Defendant. | ) |

## ORDER

This matter is before the court on plaintiff/Counterclaim Defendant's motion to dismiss Count V of Defendant/Counterclaim Plaintiff's counterclaim (Doc. 8), and the response thereto of Defendant/ Counterclaim Plaintiff, Washer & Refrigeration Supply Company, Inc. ("WRS") (Doc. 21).  In it's response, WRS states that it does not oppose the dismissal of Count V of its Counterclaim which asserts that Cincinnati Insurance Company negligently failed to investigate the claim.  Accordingly, plaintiff's motion to dismiss (Doc. 8) is **GRANTED** and **Count V of WRS's counterclaim** is hereby **DISMISSED.**

**DONE and ORDERED** this 10th day of July, 2007.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1