## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** )  )  | |
| **Plaintiff/Counter-Defendant,** ) ) | |
| vs. ) ) | **CIVIL ACTION NO. 07-0330-CG-B** |
| **WASHER & REFRIGERATION SUPPLY** ) **COMPANY, INC.,** ) ) | |
| **Defendant/Counterclaim Plaintiff/** ) **Third-Party Plaintiff,** ) ) | |
| vs. ) ) | |
| **COMPASS INSURANCE AGENCY, INC.,** ) ) | |
| **Third-Party Defendant.** ) | |

### ORDER

Pursuant to the parties' Joint Stipulation of Dismissal of Counterclaim Defendant Compass Insurance Agency, Inc. (Attachment to Doc. Doc.113) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is **ORDERED** the all claims in the amended third-party complaint of Washer & Refrigeration Supply Company, Inc. (Doc. 52) against Compass Insurance Agency, Inc. are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**DONE and ORDERED** this 31st day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE